JS - 6

**THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

CHRISTIAN LOPEZ, an Individual; LADISLAO ORLLANA, an Individual,

Plaintiffs,

v.

COUNTY OF LOS ANGELES, a local public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a government department; DEPUTY OSCAR CALDERON, an individual; SHERIFF LEROY BACA, an individual; and DOES 1 through 5, inclusive,

Defendants.

**CASE #2:14-CV-06054-RGK CWX**
***Fee Exempt per Gov't Code §6103***
Complaint filed: August 1, 2014
Fee Exempt per Gov't Code §6103
Assigned to: Judge R. Gary Klausner
Referred to: Magistrate Judge Carla Woehrle

[~~PROPOSED~~]
**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**

This Court has considered the STIPULATION by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice, pursuant to FRCP 41(a)(1), based on Counsels' agreement COUNTY OF LOS ANGELES to pay the sum of FIVE THOUSAND DOLLARS ($5,000) to Plaintiff, LADISLAO ORLLANA, in exchange for a Dismissal with Prejudice of ORLLANA's one (1) remaining claim.

All settling parties to bear their respective costs and fees. All nonsettling party Defendants and each of them waive any and all rights to seek Attorney Fees and costs which may arise as a result of Defendants' successful Motion for Summary

Judgment as ordered by this Court on November 16, 2015.

For Good Cause shown upon Stipulation of the Parties, IT IS HEREBY SO ORDERED:

Dated: January 8, 2016

Honorable R. Gary Klausner
Judge, United States District Court
Central District of California

**PROOF OF SERVICE**

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES } ss

I am employed at Coleman & Associates, 1111 South Arroyo Parkway, Suite 442 Pasadena, California 91105. I am over age 18 and not a party to this action.

On January ____, 2016 I served the foregoing:[PROPOSED] **ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** on all interested parties in this action.

_X___ **(VIA MAIL)** By placing true copies thereof enclosed in sealed envelopes addressed as stated on attached mailing list, I caused such envelope to be deposited in the mail at Pasadena, CA. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is the deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit. Executed on January __, 2016 at Pasadena, CA.

______ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of SERVICE LIST. Executed on January __, 2016 at Pasadena, CA.

______ **(VIA EMAIL SERVICE)** I transmitted this document electron-ically to the addressees/offices on the SERVICE LIST. Executed on January __, 2016 at Pasadena, CA.

______ **(VIA FACSIMILE SERVICE)** I transmitted this document to the addressees/offices on the SERVICE LIST. Executed on January __, 2016 at Pasadena, CA.

______ **(VIA FEDERAL EXPRESS)** I delivered such envelope to the addressees/offices on the SERVICE LIST. Executed on January __, 2016 at Pasadena, CA.

______ **(BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED)** I deposited such envelope at the Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. Executed on January __, 2016 at Pasadena, CA.

_X___ (**FEDERAL**) I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct, and that I am employed in the office of an attorney permitted to practice before this Court, at whose direction this service was made.

______________________________
Oliva Robles

SERVICE LIST

CHRISTIAN LOPEZ, AN INDIVIDUAL; LADISLAO ORLLANA v. COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; DEPUTY OSCAR CALDERON; SHERIFF LEROY BACA

**Attorney for Plaintiffs: CHRISTIAN LOPEZ and LADISLAO ORLLANA**

Peter A. Hosharian, Esq. CBN 172350
LAW OFFICES OF PETER A HOSHARIAN
1101 North Pacific Avenue, Suite 200
Glendale, CA 91202
Tel: 818-230-2755
Fax: 818-230-2537